UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.D., a minor, by and through her guardian ad litem, LEILIA BARRERA<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | CV 19-2032 PA (Ex)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's September 11, 2019 minute order dismissing the First Amended Complaint filed by minor plaintiff K.D. ("Minor Plaintiff") by and through her guardian ad litem, Leila Barrera,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Minor Plaintiff take nothing and defendant Los Angeles Unified School District shall have its costs of suit.

DATED: September 11, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE